

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00085-CV

TIMOTHY BRENT CLAIBORNE, Appellant

V.

LINDY GORDON, Appellee

On Appeal from the County Court at Law
Fannin County, Texas
Trial Court No. CV-2024-7884

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Pro se Appellant, Timothy Brent Claiborne, filed a timely notice of appeal on November 8, 2024. The clerk's record was filed on December 11, 2024. Claiborne's pro se appellate brief was due on January 22, 2025. When neither a brief nor a motion to extend time for filing same was received by February 6, 2025, this Court advised Claiborne by letter that his brief was late. We also warned Claiborne that the failure to file a brief by February 21, 2025, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Claiborne did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of February 6, 2025, Claiborne's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Jeff Rambin
Justice


Date Submitted:     March 10, 2025
Date Decided:       March 11, 2025